UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------X
NINOUSKA GOMEZ                      :    CIVIL ACTION
420 Smith Street                    :
Dunmore, PA 18512                   :
                                    :
            Plaintiff               :    CASE NO.
vs.                                 :
                                    :
OXFORD LAW, LLC                     :
311 Veterans Highway, Suite 100A    :
Levittown, PA 19056                 :
                                    :
            Defendant               :
------------------------------------X

## NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. §1441

Defendant, Oxford Law, LLC ("Defendant") hereby removes to this Court the state court action described below.

1. On or about January 23, 2014, Plaintiff, Ninouska Gomez filed a civil action complaint in the Court of Common Pleas of Lackawanna county, Pennsylvania, captioned <u>Ninouska Gomez v. Oxford Law, LLC</u>, at Case No. 14-CV-438.

2. Defendant was served with the summons and complaint on or about February 11, 2014. Pursuant to 28 U.S.C. §1446(b) this notice is being timely filed. A copy of the summons and complaint are attached hereto as Exhibit "A".

3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1331, and is one which may be removed to this court by Defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it arises under the Fair Debt Collection Practices Act, 15 U.S.C. §1692 et seq.

WHEREFORE, Defendant Oxford Law, LLC respectfully requests that this action be removed to the United States District Court for the Middle District of Pennsylvania.

/s/ Michael Ratchford
_____
Michael Ratchford, Esquire
120 N. Keyser Avenue
Scranton, PA 18504
Tel. 570-558-5510
Attorney for Defendant
Oxford Law, LLC

Dated: March 13, 2014

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------X
NINOUSKA GOMEZ                      :    CIVIL ACTION
420 Smith Street                    :
Dunmore, PA 18512                   :
                                    :
        Plaintiff                   :    CASE NO.
vs.                                 :
                                    :
OXFORD LAW, LLC                     :
311 Veterans Highway, Suite 100A    :
Levittown, PA 19056                 :
                                    :
        Defendant                   :
------------------------------------X

CERTIFICATION OF SERVICE

The undersigned counsel for Defendant Oxford Law, LLC hereby certifies that on this date he served a copy of Defendant's Notice of Removal, by regular first class mail, postage prepaid, upon:

Carlo Sabatini, Esquire        Clerk of Judicial Records
Sabatini Law Firm, LLC         Brooks Building
216 N. Blakely Street          436 Spruce Street
Dunmore, PA 18512              Scranton, PA 18503

                               /s/ Michael Ratchford
                               _____
                               Michael Ratchford, Esquire
                               120 N. Keyser Avenue
                               Scranton, PA 18504
                               Tel. 570-558-5510
                               Attorney for Defendant
                               Oxford Law, LLC

Dated: March 13, 2014