# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **NINOUSKA GOMEZ,** | : | No. 3:14cv477 |
| Plaintiff | : | |
| | : | (Judge Munley) |
| v. | : | |
| | : | |
| **OXFORD LAW, LLC,** | : | |
| Defendant | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

## ORDER

**AND NOW**, to wit, this 5th day of January 2015, defendant's motion for judgment on the pleadings (Doc. 14) is **GRANTED** and plaintiff's cross motion for summary judgment (Doc. 19) is **DENIED**. The Clerk of Court is directed to enter judgment in favor of the defendant and to close this case.

                              **BY THE COURT:**

                              **s/ James M. Munley**
                              **JUDGE JAMES M. MUNLEY**
                              **United States District Court**