# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Ninouska Gomez,<br>    Plaintiff<br>v.<br><br>Oxford Law, LCC,<br>    Defendant | Docket 3:14-cv-00477-JMM<br><br>(JUDGE JAMES M. MUNLEY)<br><br><br>FILED ELECTRONICALLY |

## **NOTICE OF APPEAL**

    Notice is hereby given that Ninouska Gomez, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from an order granting Defendant's Motion for Judgment on the Pleadings and denying Plaintiff's Cross-Motion for Summary Judgment, as well as the corresponding Judgment entered in favor of the Defendant, Oxford Law, LLC, and against the Plaintiff. The order and judgment appealed from were entered in this action on the 5th day of January, 2015.

s/ Brett Freeman
Brett Freeman
Bar Number PA308834
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email bfecf@bankruptcypa.com

## **CERTIFICATE OF SERVICE**

This document is being served upon Defendant's counsel through the CM/ECF system.

s/ Brett Freeman
Brett Freeman
Bar Number PA308834
Attorney for Plaintiff
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email bfecf@bankruptcypa.com
